IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA, upon
the relation and for the use of the TENNESSEE
VALLEY AUTHORITY                                                 PLAINTIFF

v.                                CIVIL ACTION NO. 3:22-cv-00020-GHD-JMV

AN EASEMENT AND RIGHT-OF-WAY
OVER 1.65 ACRES OF LAND, MORE OR
LESS, IN DESOTO COUNTY, MISSISSIPPI;
J&M HOLDINGS, LLC; BANCORPSOUTH BANK;
J. PATRICK CALDWELL, Trustee; PARTNERS
BANK; and JOHN MOORE, Trustee                        DEFENDANTS

## ORDER OF RECUSAL

The Court notes that BancorpSouth Bank and its corporate successor, Cadence Bank, is a nominal party to this action. This corporate entity appears on the Court's recusal list as a result of stock ownership.

Accordingly, pursuant to the applicable rules regarding conflicts of interest, the undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 3rd day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE